United States Courts
Southern District of Texas
FILED

SEP 18 2025

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § § |
| ERIC JOSEPH LAWS<br>ROBERT ALEX GARZA | § § CRIMINAL NUMBER<br>**V-25-81** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about March 12, 2025, until on or about the date of this indictment, in the Victoria Division of the in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

ERIC JOSEPH LAWS,
and ROBERT ALEX GARZA,

did knowingly and intentionally conspire with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _Patti Hubert Booth_
PATTI HUBERT BOOTH
Assistant United States Attorney